**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00008-BNB

MATTHEW A. SMITH,

    Plaintiff,

v.

MIKAYLA J. MAUSER,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The clerk of the court is directed to mail to Plaintiff a copy of the court's Order Directing Plaintiff to Cure Deficiency (ECF No. 4) at the following address:  P.O. Box 350217, Westminster, CO 80035.  Although the post office box address differs from the address Plaintiff provided in his Complaint, the post office box address is listed in Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and as the return address on the envelope (ECF No. 1-1) in which Plaintiff mailed his complaint and *in forma pauperis* motion to the court.  Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiency as directed.

Dated:  January 17, 2013