**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00008-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

MIKAYLA J. MAUSER,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Settlement Conference" (ECF No. 15) is DENIED as moot because the instant action was dismissed on March 18, 2013.  Plaintiff's "Motion to Permise [sic] Confidentiality Agreement" (ECF No. 16) is DENIED because it is not clear what relief Plaintiff may be seeking.  Plaintiff's "Motion to Set Aside or Nullify Judgment" (ECF No. 17) is DENIED because, even assuming the motion relates to the Order of Dismissal (ECF No. 13) and the Judgment (ECF No. 14) entered in this action, Plaintiff fails to address the reasons the instant action was dismissed.

Dated:  October 21, 2013